and KASCO MILLS, INC., Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

FARMERS SYNDICATE, INC., Appellant, v. F. KIESER & SON CO., INC., Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

WILLIAM F. MILLER, Appellant, v. SAKS & COMPANY, a Corporation, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

LEVI PUTMAN, Respondent, v. WILLIAM J. ADAMS, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ALICE CHASE, as Administratrix, etc., of LELAND H. CHASE, Deceased, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Order unanimously affirmed, with costs.

MARTIN CRIPPEN and FRED CRIPPEN, Respondents, v. JULIA CALLAHAN, Appellant.— Judgment and orders unanimously affirmed, with costs.

MAUDE H. C. DAVIS, Respondent, v. WILLIAM H. DAVIS, Appellant.— Motion denied.

F. KIESER & SON CO., INC., Respondent, v. CHAUTAUQUA COUNTY FARMERS MILK PRODUCERS ASSOCIATION, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ELMER E. KNIGHT, Respondent, v. SHERMAN BROWN and HATTIE BROWN, Appellants.— Motion granted.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MRS. SHERMAN JOHNSON and LENA MAY JOHNSON, Respondents, for Compensation under the Workmen's Compensation Law for the Death of EARL SCHRYBER, v. ENDICOTT-JOHNSON CORPORATION, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MRS. ANNA C. THORPE, Respondent, for Compensation to Herself, for the Death of CLIFFORD E. THORPE, Her Son, v. J. W. HOOK, Employer, and THE OCEAN ACCIDENT AND GUARANTEE CORPORATION, LIMITED, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of WILLIAM FLANAGAN, Respondent, for Compensation under the Workmen's Compensation Law, v. JONES BROTHERS, Employer, and THE COMMERCIAL CASUALTY INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of HARRY RIVER, Respondent, for Compensation under the Workmen's Compensation Law, v. PRUSSACK ELECTRIC CO., Employer, and ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE CO., LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by LEO T. WALSH, Respondent, v. THE AMERICAN MACHINE AND